JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Christopher Gordon

          Plaintiff,

v.

G&G Outfitters, Inc., et al.

          Defendants.

Case No.  CV 15-03567-AB (AGRx)

ORDER DISMISSING CIVIL ACTION

       THE COURT having been advised by counsel that the above-entitled action has been settled;

       IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 2, 2016          _____

                                    ANDRÉ BIROTTE JR.
                                    UNITED STATES DISTRICT JUDGE

1.